IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LESLEE BACHELIER,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br><br>     Defendant. | No. CIV 07-172-TUC-CKJ<br><br>**ORDER** |

On May 2, 2008, Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation [Doc. # 25] in which she recommended that Plaintiff's Motion for Summary Judgment [Doc. # 15] be granted, that Defendant's Cross-Motion for Summary Judgment [Doc. # 21] be denied, and that the case be remanded for further proceedings. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 25] is ADOPTED;

2. Plaintiff's Motion for Summary Judgment [Doc. # 15] is GRANTED;

3. Defendant's Cross-Motion for Summary Judgment [Doc. # 21] is DENIED;

4. This matter is REMANDED for further proceedings. The Administrative Law Judge shall incorporate the evaluation of Bachelier's mental impairments conducted by Shannon Biggan, Ph.D., into the Residual Functional Capacity Assessment. Further, the Administrative Law Judge shall proceed to step 5 in the disability analysis.

1      5.    The Clerk of the Court shall enter judgment in favor of Plaintiff case and shall
2  then close its file in this matter.

    DATED this 10th day of June, 2008.

_____
Cindy K. Jorgenson
United States District Judge

- 2 -